# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF VIRGINIA
# ROANOKE DIVISION

| | |
|---|---|
| MARK FAREWELL,    ) | Civil Action No. 7:14-cv-00260 |
|     Plaintiff,    ) | |
| ) | **OPINION** |
| v.    ) | |
| ) | By:   **James P. Jones** |
| CHRISTOPHER C. GRAHAM,    ) | **United States District Judge** |
|     Defendant(s).    ) | |

Mark Farewell, proceeding pro se, filed a civil rights complaint, pursuant to 42 U.S.C. § 1983. By Order entered on May 20, 2014, the court directed plaintiff to return to the court an inmate account form, and a certified copy of plaintiff's trust fund account statement for the six-month period immediately preceding the filing of the complaint, obtained from the appropriate prison official of each prison at which plaintiff is or was confined during that six-month period within ten days from the date of the Order. Plaintiff filed a motion for extension of time on June 2, 2014 asking for additional time to submit the required paperwork. By a second Order entered on June 2, 2014, the court granted the motion for extension giving plaintiff 10 days from the date of the Order to comply. On June 20, 2014 plaintiff filed another motion for extension of time to submit the required paperwork and on June 20, the court granted the motion giving plaintiff an additional ten days to submit the required paperwork. Plaintiff was advised that a failure to comply would result in dismissal of this action without prejudice.

More than 10 days have elapsed, and plaintiff has failed to comply with the described conditions. Accordingly, the court dismisses the action without prejudice and strikes the case from the active docket of the court. Plaintiff may refile the claims in a separate action once plaintiff is prepared to comply with the noted conditions.

The Clerk is directed to send a copy of this Memorandum Opinion and accompanying Order to plaintiff.

ENTER: This __8th__ day of July, 2014.

                                                                            s/ James P. Jones  
                                                                            United States District Judge